83, 752-01

Jimmy Lee Eggins #1843222
H.H. Coffield Unit
2661 FM 2054
Tennessee Colony, Texas 75884

Court of Criminal Appeals of Texas
P.O. Box 12308, Capital Station,
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 26 2015

Abel Acosta, Clerk

August 18, 2015

RE: Case No. 11-090-A, Clerical Error

Dear Court,
    After recieving a copy of my Writ of Habeas Corpus Application from the District Clerks office of Freestone County, I noticed some papers being in the incorrect order; pertaining to the Memorandum of Law and the Original Motion for Evidentiary Hearing. Pages 31-35 of the Original Motion for Evidentiary Hearing were to be with my Memorandum of Law and page 38 of the Memorandum of Law is suppose to be with my Original Motion for Evidentiary Hearing. Would you please be aware of these errors, and I pray that I don't confuse the court in asking you to do so. Thank you for your time.

Sincerly Requested
Jimmy Lee Eggins

Jimmy Lee Eggins #1843222
H.H. Coffield Unit
2661 FM 2054
Tennessee Colony Texas 75884

Tereasa Black - Clerk
Freestone County
P.O. Box 722
Fairfield, Texas 75840

August 18, 2015

RE: Case No. 11-090-11, Clerical Error

Dear Ms Black,

Please be advised that your office has made a Very Critical Clerical Error that may result in an unfavorable ruling in my Application for a Writ of Habeas Corpus. After recieving my Application back from your office I noticed that you had some of my papers in the incorrect order, pertaining to the Memorandum of Law and the Original Motion for Evidentiary Hearing. Pages 31-35 of the Original Motion for Evidentiary Hearing were to be with my Memorandum of Law and page 28 of the Memorandum of Law is suppose to be with my Original Motion for Evidentiary Hearing. Would you please correct these errors, and notify me of the corrections being made so that the Court of Appeals may not be confused. Thank you for you time and consideration.

Sincerly Requested,
Jimmy Lee Eggins

CC: Court of Appeals